UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1009 DWF/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| ANN L. FOLMAN, Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 3 day of July, 2001.

UNITED STATES MAGISTRATE JUDGE

FILED JUL 3 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______